UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Michelle Mele, *on behalf of herself and all others similarly situated*,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>Medical Management International, Inc. d/b/a Banfield Pet Hospital,<br><br>　　　　　　　　　　Defendant. | Civil Action No.: 3:19-cv-06114-BHS-MLP |

## NOTICE OF SETTLEMENT

　　Plaintiff Michelle Mele, by and through her undersigned counsel, and with the consent of Defendant Medical Management International, Inc. d/b/a Banfield Pet Hospital, hereby gives notice that the Parties have reached a settlement of this matter. The Parties anticipate filing dismissal documents within thirty (30) days.

Dated: April 5, 2021　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Stephen Taylor*
　　　　　　　　　　　　　　　　　　　　　　Stephen Taylor (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　LEMBERG LAW L.L.C.
　　　　　　　　　　　　　　　　　　　　　　43 Danbury Road
　　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424

　　　　　　　　　　　　　　　　　　　　　　*/s/ Sarah Stasch*
　　　　　　　　　　　　　　　　　　　　　　STASCH LAW LLC
　　　　　　　　　　　　　　　　　　　　　　33530 First Way South, Suite 102
　　　　　　　　　　　　　　　　　　　　　　Federal Way, WA 98003
　　　　　　　　　　　　　　　　　　　　　　Of Counsel to
　　　　　　　　　　　　　　　　　　　　　　LEMBERG LAW LLC
　　　　　　　　　　　　　　　　　　　　　　43 Danbury Road
　　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　　Telephone: (253) 237-0539
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (253) 253-0701
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on April 5, 2021, a copy of the foregoing was filed with the Court through the CM/ECF system which sent notice of such filing to the following parties:

Vanessa Soriano Power
Jenna M. Poligo
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101-4109
vanessa.power@stoel.com
jenna.poligo@stoel.com

David Forkner
Marta Chlistunoff
WILLIAMS & CONNOLLY LLP
725 12th St. NW
Washington, DC 20005
DForkner@wc.com
mchlistunoff@wc.com
*Attorneys for Defendant*

                                                   */s/ Sarah Stasch*
                                                   Sarah Stasch