UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Michelle Mele, *on behalf of herself and all others similarly situated,*<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Medical Management International, Inc. d/b/a Banfield Pet Hospital,<br><br>　　　　　　Defendant. | Case No.: 3:19-cv-06114-BHS-MLP<br><br>**STIPULATED MOTION OF DISMISSAL** |

　　The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed with prejudice as to the Plaintiff, without prejudice as to the claims of any putative class members and with each party to bear its own attorneys' fees and costs.

/ / /

/ /

/

Dated: May 5, 2021

| | |
|---|---|
| */s/ Sarah Stasch* | */s/ David Forkner* |
| Sarah Stasch, WSBA #26987 | David Forkner (pro hac vice) |
| STASCH LAW LLC | Marta Chlistunoff (pro hac vice) |
| 33530 First Way South, Suite 102 | WILLIAMS & CONNOLLY LLP |
| Federal Way, WA 98003 | 725 12th Street N.W. |
| Of Counsel to | Washington, DC 20005 |
| LEMBERG LAW LLC | Telephone: 202.434.5000 |
| 43 Danbury Road | |
| Wilton, CT 06897 | Vanessa Soriano Power |
| Telephone: (253) 253-0539 | Jenna M. Poligo |
| Facsimile: (253) 253-0701 | STOEL RIVES LLP |
| Email: staschlaw@gmail.com | 600 University Street, Suite 3600 |
| Attorneys for Plaintiff | Seattle, WA 98101 |
| | Telephone: 206.624.0900 |
| | Attorneys for Defendant |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2021, a copy of the foregoing Stipulated Motion of Dismissal was served electronically by the U.S. District Court Western District of Washington Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By: <u> /s/  Sarah Stasch </u><br>
Sarah Stasch, Esq.<br>
Lemberg Law, LLC<br>
Attorney for Plaintiff