UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Michelle Mele, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>Medical Management International, Inc. d/b/a Banfield Pet Hospital,<br><br>Defendant. | Case No.: 3:19-cv-06114-BHS-MLP<br><br>**ORDER** |

Based on the stipulation of counsel, the case is dismissed with prejudice as to the Plaintiff, without prejudice as to the claims of any putative class members and with each party to bear its own attorney fees and costs.

Dated this 6th day of May, 2021.

BENJAMIN H. SETTLE
United States District Judge